Case Number: 3:22MJ5414

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO - WESTERN DIVISION
# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark Evans, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, Toledo Resident Agency (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation hereafter referred to as FBI. I am currently assigned to the FBI's Northwest Ohio Violent Crimes Task Force in Toledo, Ohio, and have been so since September 2015. I have been a sworn law enforcement officer since 2003 and have participated in numerous investigations and arrests involving armed bank robberies.

2. This affidavit is submitted in support of a criminal complaint for Brandon BENNER for Interference with Interstate Commerce/Hobbs Act Robbery, 18 USC 1951, and Carrying and or Using a Firearm During and in Relation to a Crime of Violence, 18 USC 924(c) and Anthony BARBER for Aiding and Abetting Interstate Commerce/Hobbs Act Robbery, 18 USC 1951.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. The United States is investigating a series of sixteen (16) armed robberies which have occurred in the City of Toledo beginning on November 21, 2020, with the last incident occurring on November 08, 2022. The targeted businesses, predominately gas stations, operate in

interstate commerce.

5. On November 21, 2020, at approximately 18:05 hours an Brandon BENNER, hereafter referred to as BENNER, entered the Stop & Go located at 3519 W. Alexis Rd. Toledo, OH, 43623, approached the counter, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER pointed the pistol at the clerk and stated, "give me all the money." The victim clerk removed $522.00 from the register and placed it on the counter. BENNER then removed a brown plastic grocery bag from his pocket, collected the money and put it in the bag.

6. BENNER was described as a white male, approximately 5'05" tall, 190 lbs., and was wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, blue jeans, and one black glove on his left hand. Surveillance video was collected from the location.

7. On December 14, 2020, at approximately 19:12 hours BENNER entered the Stop & Go located at 3519 W. Alexis Rd. Toledo, OH 43623, approached the counter, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER pointed the pistol at the clerk and demanded all the money before placing a brown plastic grocery bag on the counter. The clerk placed $255.00 in the bag and BENNER took the bag and fled from the store on foot.

8. BENNER was described as a white male, 5'05" tall, 150 lbs. and was wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, blue jeans, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing investigators believe it to be the same person responsible for the robbery which occurred on November 21, 2020.

9. On December 14, 2020, at approximately 20:46 hours BENNER entered the Stop & Go located at 2445 W. Alexis Rd. Toledo, OH 43613, approached the counter, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER pointed the pistol at the clerk, placed a brown plastic grocery bag on the counter, and

stated "put the money in the bag so nobody gets hurt." The Clerk removed approximately $400.00 dollars from the cash register and placed it in the brown plastic grocery bag. BENNER then fled from the store on foot.

10. BENNER was described as a white male, 5'09" tall, 170 lbs. and was wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, blue jeans, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing investigators believe it to be the same person responsible for the other robberies in the series.

11. On December 26, 2020, at approximately 20:19 hours BENNER entered the rear door of the Ideal Hotdog restaurant located at 4330 Heatherdowns Blvd. Toledo, OH 43614, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand and a bag in his left hand. BENNER then pointed the pistol at the employee who was seated in the back office. BENNER stated, "put the money in the bag." The victim took the bag from BENNER and BENNER then opened a filing cabinet. BENNER grabbed a black locked box containing $700.00 from the filing cabinet and closed it. BENNER then took the bag back from the victim and fled back out of the rear door on foot.

12. BENNER was described as a white male who was thin and well built. BENNER was wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, blue jeans, and black glove(s). Surveillance video was collected from the location and upon reviewing investigators believe it to be the same person responsible for the other robberies in the series.

13. On September 18, 2021, at approximately 23:45 hours, BENNER entered the Sammy's Mart located at 1762 Arlington Ave. Toledo, OH 43609, and brandished a black semi-automatic pistol, pointing it at the owner. BENNER demanded all the money in the register. BENNER also demanded that the victim give him the "extra money" that is kept in a drawer beneath the counter. BENNER demanded that the victim hand over his credit cards that were in his pocket. BENNER fled the location on foot with $550.00 from the register and the drawer

beneath the counter, the victims credit cards, and blank checks which belonged to the victim.

14. BENNER was described as a white male, wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, black pants, and black glove(s). No video evidence was collected from the robbery

15. On December 19, 2021, at approximately 19:27 hours BENNER entered the Express Mart located at 1419 South Ave. Toledo, OH 43609, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER also had a brown plastic grocery bag. BENNER pointed the pistol at clerks and told them to "put all the money in the bag." BENNER then ordered the clerks to get the box located under the counter which has extra cash. The victims stated that they removed around $500.00 from the register and the box under the counter and BENNER placed it in his grocery bag.

16. BENNER was described as a white male, 5'07" tall, 140 lbs. and was wearing a red Ohio State University hooded sweatshirt with the hood up, a black facemask, a blue baseball cap, black pants, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing investigators believe it to be the same person responsible for the other robberies in the series.

17. During the review of video surveillance, a red/maroon Jeep Cherokee can be observed passing by the business at approximately 19:26 hours moments later BENNER is observed. Another angle pointing towards the rear of the business shows a similar vehicle passing by at 19:27 hours. Moments later BENNER can be observed fleeing in the direction in which the vehicle traveled. Agents and TFO's have identified that the vehicle was driven by Anthony BARBER.

18. On December 31, 2021, at approximately 21:38 hours BENNER entered Marco's Pizza located at 1109 South Ave. Toledo, OH 43609 through the rear kitchen door of the business. BENNER utilized a passcode to enter the door. BENNER brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. The suspect pointed the gun at several employees in the kitchen and stated, "give me all the money." The employees

stated that BENNER would have to talk to the manager to get access to the money. BENNER then approached the manager and ordered her to open the register at the drive-thru window. BENNER presented a grey plastic grocery bag and ordered the manager to put all the money in his bag. The manager removed $500.00 from the register and put it in the bag. BENNER fled on foot out of the back door.

19. BENNER was described as a white male, wearing a red Ohio State University hooded sweatshirt with the hood up, a black mask, black pants, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing investigators believe it to be the same person responsible for the other robberies in the series.

20. During review of video surveillance an unknown vehicle can be observed in the alleyway across the street from the business. BENNER appears to come from the vehicle and upon exiting the business BENNER appears to return to the vehicle. During the time that BENNER is inside the business a light from the vehicle appears to light up. Your affiant knows that the person inside the vehicle at the time was Anthony BARBER.

21. On January 5, 2022, at approximately 21:15 hours BENNER entered the Stop & Go located at 3519 W. Alexis Rd. Toledo, OH 43623, approached the counter and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER pointed the gun at the clerk and ordered her to hand over the money. Using his left hand, BENNER pulled a brown plastic grocery bag out of his pocket and placed it on the counter. The clerk opened the register and placed an unknown amount of cash in the grocery bag. BENNER then took the bag and fled on foot from the location.

22. BENNER was described as a white male, 6'00" tall, 160 lbs. BENNER was wearing a grey hooded sweatshirt with a Lowes Home Improvement logo with the hood up, black mask, black pants, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location.

23. Upon reviewing the video surveillance investigators believe it to be the same

person responsible for the other robberies in the series. The subject has changed his sweatshirt, however, the weapon, plastic bag and Modis of Operandi are the same.

24. During additional review of surveillance video, a red/maroon Jeep Cherokee can be observed passing by the business at approximately 21:05 hours. The vehicle appears to continue on Alexis to Rambo where the vehicle makes a righthand turn. Minutes later BENNER can be seen walking from the direction of Rambo. Agents and TFO's know the vehicle to be driven by Anthony BARBER.

25. On January 07, 2022, at approximately 20:47 hours BENNER entered the Dollar General located at 5860 Lewis Ave. Toledo, OH 43612, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER approached the counter and pointed the pistol at the clerk and removed a brown plastic grocery bag from his pocket with his left hand. BENNER stated to the clerk, "Give me the money." The clerk opened the register and placed $199.94 in BENNER's grocery bag. BENNER fled the location with the money on foot.

26. BENNER was described as a white male, wearing a grey Lowes Home Improvement hooded sweatshirt with the hood up, black facemask, black jeans, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing the video surveillance investigators believe it to be the same person responsible for the other robberies in the series.

27. On January 08, 2022, at approximately 00:39 hours BENNER entered the Western Mini Mart located at 1409 Western Ave. Toledo, OH 43609. BENNER brandished a black semi-automatic pistol with a silver or chrome colored ejector port and pointed the pistol at the seventy-two-year-old security guard using his right hand. BENNER ordered the security guard to walk over and stand in front of the cashier. BENNER then approached the counter and pointed the gun at the cashier. BENNER ordered the clerk to "put the money in the bag," while holding open a brown plastic grocery bag. The clerk opened the register and put an unknown amount of cash in the bag. BENNER then fled the location with the money on foot.

28. BENNER was described as a white male, wearing a grey Lowes Home Improvement hooded sweatshirt with the hood up, black facemask, black pants, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing the video surveillance investigators believe it to be the same person responsible for the other robberies in the series.

29. On January 09, 2022, at approximately 23:22 hours BENNER entered the Circle K located at 1444 W. Alexis Rd. Toledo, OH, 43612, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER approached the counter and produced his own black plastic grocery bag. BENNER pointed the gun at the clerk and stated, "Give me all the money in the register." The clerk stated that he opened the register and place all the money from the drawer into the bag. BENNER then pointed the gun at the second clerk and ordered her to put all the money from her register in the bag as well. Clerk 2 opened her register and placed all the money from the drawer in BENNER's bag. BENNER then ordered both clerks to lift their drawers to make sure there was no additional money in the registers. BENNER then fled the location with the bag on foot.

30. BENNER was described as a white male wearing a grey Lowes Home Improvement hooded sweatshirt with the hood up, black facemask, black jeans, a black hat, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing the video surveillance investigators believe it to be the same person responsible for the other robberies in the series.

31. Additional video review was conducted of the store surveillance and at 23:14 hours a red/maroon Jeep Cherokee is observed pulling into the parking lot and parking in a spot. A white male, later identified as Brandon K. BENNER, is observed exiting the vehicle. BENNER makes a small purchase and then leave the business. In comparing the images from the robbery and that of BENNER making the purchase, Agents and TFO's believe that BENNER has a build consistent with the subject who committed the robbery 10 minutes later and is wearing similar pants and shoes. BENNER's left hand is also seen in the video and depicts identifiable tattoos,

which is remarkable because the Subject, to this point, wears a glove only on his left hand.

32. On November 4, 2022, TFO J. Sharp conducted a follow up interview at 1444 W. Alexis Rd., while there he spoke with manager Valerie Etzel who advised following the robbery the victim clerks informed her that they believed the robbery suspect to be the boyfriend of Angel Domschot. Both victim clerks advised Etzel that the suspect resides at Shamrock Mobile Home Park. Etzel also advised that until December of 2020 Domschot was employee as a cashier at the business. Your affiant knows that Angel Domschot and Brandon BENNER reside together at 1330 W. Alexis Rd. lot 138.

33. On January 12, 2022, at approximately 20:15 hours BENNER entered the Stop & Go located at 1806 Arlington Ave. Toledo, OH 43609, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER also produced a brown plastic grocery bag and approached the counter. BENNER pointed the pistol at the clerk and stated, "hurry up and put the money in the bag." BENNER handed the clerk the bag and the clerk opened the register and put $1,098.58 in the bag. BENNER took the bag and fled the location on foot.

34. BENNER was described as a white male, 6'02" tall, wearing a grey Lowes Home Improvement hooded sweatshirt with the hood up, a black facemask, black jeans, grey shoes with white soles, and one black glove on his left hand. Surveillance video was collected from the location and upon reviewing the video surveillance investigators believe it to be the same person responsible for the other robberies in the series.

35. On January 22, 2022, at approximately 23:20 hours BENNER entered the Sunoco at 324 S. Detroit Ave. Toledo, OH 43609, and brandished a black semi-automatic pistol with a silver or chrome colored ejector port in his right hand. BENNER approached the counter, placed a brown plastic grocery bag down and pointed the pistol at the clerk. BENNER stated, "Put the money in the bag." The clerk complied, opened the register, and placed and unknown amount of cash in the bag. BENNER took the bag and fled from the location on foot.

36. BENNER was described as a white male wearing a grey Lowes Home

Improvement hooded sweatshirt with the hood up, black facemask, black pants, grey shoes with white soles, and one blue and white glove on his left hand. Surveillance video was collected from the location and upon reviewing the video surveillance investigators believe it to be the same person responsible for the other robberies in the series.

37. Additional video review was conducted of store surveillance and at 23:09 hours a red/maroon in color Jeep Cherokee can be observed entering the parking lot. A male, later identified as Anthony BARBER, is observed walking into the business and making a small purchase. BARBER leaves the business, enters the Jeep and travels across Detroit Ave. where the Jeep is observed making a right hand turn down an unnamed alleyway. A few minutes later a vehicle is observed turning from the alleyway and turning off its lights. BENNER is then observed walking from the direction of the vehicle. Agents and TFO's know this to be the red/maroon Jeep observed on video surveillance and that the vehicle was being driven by Anthony BARBER.

38. On October 25, 2022, at approximately 22:29 hours the Toledo Police Department responded to a robbery at 1806 Arlington Ave. Toledo, Ohio which had just occurred. The subject, BENNER, was described as a white male wearing a grey in color Lowes hooded sweatshirt, with a black mask. BENNER placed a brown bag on the counter and demanded money while being armed with a short barreled long gun. Your affiant along with TFO Sharp viewed the video surveillance and believes BENNER is that same person involved in the series of robberies.

39. On November 8, 2022, at approximately 1952 hours the Sylvania Police Department responded to an armed robbery at 5502 Monroe St, Sylvania, Ohio, which had just occurred. The subject, BENNER, was described as a white male wearing a grey in color Lowes hooded sweatshirt, with a black mask. BENNER placed a brown in color bag on the counter and demanded money by stating "put the money in the bag". BENNER was armed with a short barreled long gun.

40. Agents and TFO's reviewed the video surveillance from the robbery and upon doing so believe BENNER to be the same as the person responsible for the previous robberies.

41 On November 8, 2022, at approximately 2133 hours the Toledo Police

Department responded to an armed robbery at 1001 Berdan Ave. Toledo, Ohio, which had just occurred. The subject, BENNER, was described as a white male wearing a grey in color Lowes hooded sweatshirt, with a black mask. BENNER placed a brown in color bag on the counter and demanded money by stating "put the money in the bag". BENNER was armed with a short barreled long gun.

42. Agents and TFO's reviewed the video surveillance from the robbery and upon doing so believe BENNER to be the same as the person responsible for the previous robberies.

43. A preliminary review of the cellular records provided by T-Mobile for telephone number 419-609-7824, phone of Anthony BARBER, was conducted. Based on the review of records from November 21, 2020, through January 22, 2022, the device was identified as being in the area of numerous robberies. Those robberies were (1) 1762 Arlington Ave. on September 18, 2021, (2) 1419 South Ave. on December 19, 2021, (3) 1109 South Ave. on December 31, 2021, (4) 3519 Alexis Ave. on January 5, 2022, (5) 5860 Lewis Ave. on January 7, 2022, (6) 1409 Western Ave. on January 8, 2022, (7) 1444 W. Alexis Rd. on January 9, 2022, (8) 1806 Arlington Ave., January 12, 2022, and (9) 324 S. Detroit Ave. on January 22, 2022.

44. A preliminary review of the cellular records provided by T-Mobile for telephone number 419-984-4182, phone of Brandon BENNER, was conducted. Based on the review of records from November 21, 2020, through November of 2022, the device was identified as being in the area of numerous robberies. Those robberies were (1) 4330 Heatherdowns Ave. on December 26, 2020 (2) 1762 Arlington Ave. on September 18, 2021, (3) 1419 South Ave. on December 19, 2021, (4) 1109 South Ave. on December 31, 2021, (5) 3519 Alexis Ave. on January 5, 2022, (6) 5860 Lewis Ave. on January 7, 2022, (7) 1409 Western Ave. on January 8, 2022, (8) 1444 W. Alexis Rd. on January 9, 2022, (9) 1806 Arlington Ave., January 12, 2022, and (10) 324 S. Detroit Ave. on January 22, 2022, (11) 1001 Berdan Ave. on November 8, 2022.

45. On December 2, 2022, at approximately 09:00 hours, Agents, TFOs, and the Toledo Police SWAT Team executed a federal search warrant at 1330 W. Alexis Rd. Lot 138 Toledo, OH 43612. Located inside the residence was the following:

(a) the red hooded Ohio State sweatshirt and a blue baseball hat consistent with items worn by BENNER at the following robberies: (1) November 21st, 2020, at 3519 W. Alexis Rd. (2) December 14th, 2020, at 3519 W. Alexis Rd. (3) December 14th, 2020, at 2445 W. Alexis Rd. (4) December 26th, 2020, at 4330 Heatherdowns Blvd. (5) Described at the robbery on September 18th, 2021, at 1762 Arlington Ave. (6) December 19th, 2021, at 1419 South Ave. Further, the sweatshirt matched BENNER's sweatshirt during the robbery on December 31st, 2021, at 1109 South Ave.

(b) two grey hooded sweatshirts bearing the "Lowes" logo which were consistent with the sweatshirt worn by BENNER at the following robberies: (1) January 5th, 2022, at 3519 W. Alexis Rd. (2) January 7th, 2022, at 5860 Lewis Ave. (3) January 8th, 2022, at 1409 Western Ave. (4) January 9th, 2022, at 1444 W. Alexis Rd. (5) January 12th, 2022 at 1806 Arlington Ave. (6) January 22nd, 2022, at 324 S. Detroit Ave. (7) October 25th, 2022, at 1806 Arlington Ave. (8) November 8th, 2022 at 5502 Monroe St. (9) November 8th, 2022 at 1001 Berdan Ave.

46. BENNER provide verbal and written consent for Agents and TFOs to search his White 2005 Ford E-150 van bearing Ohio registration HZL 3490. BENNER advised agents that there was a pellet gun located inside the van. Agents and TFOs did locate a pellet gun on the front passenger side floorboard of the van. The pellet gun is consistent with the gun used by BENNER in the following robberies: (1) October 25th, 2022, at 1806 Arlington Ave. (2) November 8th, 2022, at 5502 Monroe St. (3) November 8th, 2022, at 1001 Berdan Ave. Further, Agents and TFOs located a blue and white left hand work glove in the van. That glove is consistent with the glove worn by BENNER in the robbery occurring on January 22nd, 2022, at 324 S. Detroit Ave.

47. On December 2, 2022, Anthony BARBER was interviewed at the Toledo Police Department after voluntarily coming to the office. After being provided his advisement of constitutional rights and waiving his right to council Anthony BARBER identified himself as driving the Jeep Cherokee observed on surveillance images. BARBER identified BENNER and further advised that he drove BENNER to robberies which occurred at 1762 Arlington Rd. on

September 18, 2021, 1419 South Ave. on December 19, 2021, 1109 South Ave. on December 31, 2021, 1409 Western Ave. on January 8, 2022.

## **CONCLUSION**

48. Based on the above listed factual information, including, but not limited to the surveillance video, the defendants presence at the robberies, possession of items used during the robberies, and admissions, I respectfully submit that there is probable cause to support a criminal complaint for Brandon BENNER for Interference with Interstate Commerce/Hobbs Act Robbery, 18 USC 1951, and Carrying and or Using a Firearm During and in Relation to a Crime of Violence, 18 USC 924(c) on 12/19/21, 12/31/21, 1/22/22 and Anthony BARBER for Aiding and Abetting Interstate Commerce/Hobbs Act Robbery, 18 USC 1951 on 12/31/21.

Respectfully submitted,

_____
Mark Lane Evans
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic
means. Fed.R.Crim.P. 4(d) and 4.1.

_____
HONORABLE DARRELL A. CLAY
U.S. MAGISTRATE JUDGE